UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS

BRITTANY YOUNG                                        NO.: 18-23-BAJ-EWD

### AMENDED ORDER OF FORFEITURE

Defendant Brittany Young entered into a Rule 11 Plea Agreement on August 8, 2018, and thereafter pleaded guilty on September 18, 2018, to Count One of the Indictment charging conspiracy to distribute and possess with the intent to distribute heroin, methamphetamine, and cocaine base, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2, and the defendant agreed to the forfeiture allegation.

On September 21, 2018, this Court entered a Preliminary Order of Forfeiture, wherein the Court entered a forfeiture money judgment against Defendant, in favor of the United States, and ordered that this forfeiture money judgment be amended in accordance with Fed. R. Crim. P. 32.2(e)(1), once the amount was determined by this Court.

On December 7, 2018, the United States Probation Office estimated the amount of drugs Defendant was responsible for during the conspiracy to which she pleaded guilty, and Defendant did not object to that amount of drugs.

The DEA agents assigned to this case advised the United States that they believe that the quantity of drugs attributable to Defendant is 359.25 grams of methamphetamine, and further, that Defendant was an ounce dealer of

1

methamphetamine, and that at the time of this conspiracy, an ounce of methamphetamine was selling for $600 per ounce.

Because Defendant was an ounce dealer of methamphetamine, and because Defendant sold approximately 12.67 ounces, and an ounce was selling for $600 per gram, Defendant received approximately $7,602 from the sale of methamphetamine. Thus, the total value of the drugs associated with Defendant in connection with the offenses to which she was convicted is $7,602.

Accordingly,

**IT IS ORDERED** that the **Motion to Amend Preliminary Order of Forfeiture (Doc. 558) is GRANTED.**

**IT IS FURTHER ORDERED** that the Court's Preliminary Order of Forfeiture is hereby **AMENDED**, and a forfeiture money judgment is entered in the amount of $7,602.00 against Defendant and in favor of the United States of America.

**IT IS FURTHER ORDERED** that, in accordance with Fed. R. Crim. P. 32.2, this forfeiture money judgment shall become the Final Order of Forfeiture at the time of Defendant's sentencing and shall be made part of the sentence and included in the Judgment.

Baton Rouge, Louisiana, this 3rd day of April, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA